**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   19-cr-0183-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JESUS LOPEZ-ARMENDAREZ, a/k/a
   Jesus Armendar,
   Eric Rivaz,
   Diego Lopez,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**

On or about December 28, 2018, in the State and District of Colorado, the defendant, JESUS LOPEZ-ARMENDAREZ, a/k/a Jesus Armendarez, Eric Rivaz, Diego Lopez, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about June 6, 2015, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

**NOTICE OF ENHANCED PENALTY**

The defendant is subject to the enhanced penalty under Title 8, United States

Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

                    A TRUE BILL:


                <u>Ink Signature on File in Clerk's Office</u>
                FOREPERSON


JASON R. DUNN
United States Attorney


By: *s/ Kelly R. Winslow*
Kelly R. Winslow
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Kelly.Winslow@usdoj.gov
Attorney for Government