IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00183-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JESUS LOPEZ-ARMENDAREZ,
       *a/k/a Jesus Armendar,*
       *a/k/a Eric Rivaz,*
       *a/k/a Diego Lopez,*

        Defendant.

## NOTICE OF DISPOSITION

Jesus Lopez-Armendarez, by and through undersigned counsel, Natalie G. Stricklin, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Natalie G. Stricklin
        NATALIE G. STRICKLIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Natalie_Stricklin@fd.org
        Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on June 3, 2019, I filed the foregoing ***Notice of Disposition*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

  Kelly R. Winslow, Assistant United States Attorney
  E-mail:  kelly.winslow@usdoj.gov

  I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

  Jesus Lopez-Armendarez (via U.S. mail)
  Reg. No. 45270-013
  c/o GEO – Aurora

           s/ Natalie G. Stricklin
           NATALIE G. STRICKLIN
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Natalie_Stricklin@fd.org
           Attorney for Defendant