IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00183-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JESUS LOPEZ-ARMENDAREZ,
    *a/k/a Jesus Armendar,*
    *a/k/a Eric Rivaz,*
    *a/k/a Diego Lopez,*

       Defendant.

---

**UNOPPOSED MOTION FOR IMMEDIATE SENTENCING
AND WAIVER OF PRESENTENCE INVESTIGATION REPORT**

---

Jesus Lopez-Armendarez, by and through undersigned counsel, Natalie Stricklin, hereby requests that the Court impose the sentence in the above-referenced matter immediately after the change of plea hearing.  In support thereof, Mr. Lopez-Armendarez would show as follows:

    1.    Pursuant to Rule 32(c)(1)(A)(ii) of the Federal Rules of Criminal Procedure, a Court may immediately sentence a defendant without the benefit of a presentence investigation by probation when "the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, and the court explains its finding on the record."

2.  Mr. Lopez-Armendarez has filed a Notice of Disposition in this case, and is pleading guilty to a one-count indictment charging him with Illegal Reentry After Deportation, pursuant to 8 U.S.C. § 1326(a) and (b)(1).

3.  It is estimated in the proposed plea agreement that, after a reduction for acceptance of responsibility pursuant to U.S.S.G. §3E1.1, Mr. Lopez-Armendarez's offense level is 10. Should the Court grant an anticipated motion for a 3-level departure under the "fast track" program, his total offense level would be 7.  With a criminal history category III, it is estimated that the advisory guideline recommends a sentence of 4 to 10 months.

4.  Mr. Lopez-Armendarez was indicted on April 18, 2019, and an arrest warrant was subsequently issued. *See* Docs. 1, 2.  He was arrested on that warrant on April 24, 2019, and has remained in federal custody since that date. Doc. 4.

5.  Mr. Lopez-Armendarez would respectfully request that this court waive the necessity of a Presentence Investigation Report and impose a sentence in this matter immediately after the Change of Plea Hearing.

6.  Alternatively, Mr. Lopez-Armendarez requests that the Court order a modified presentence investigation report and set sentencing in 6 to 8 weeks.  Mr. Lopez-Armendarez notes that he does not require the assistance of a Spanish language interpreter for the presentence investigation report interview.

7. Undersigned counsel has contacted Ms. Kelly Winslow, the Assistant United States Attorney assigned to this matter, who has no objection to these requests.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/Natalie Stricklin
    NATALIE STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Natalie.stricklin@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24, 2019, I electronically filed the foregoing **UNOPPOSED MOTION FOR IMMEDIATE SENTENCING AND WAIVER OF PRESENTENCE INVESTIGATION REPORT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Kelly Winslow, Assistant U.S. Attorney
    Email:  Kelly.winslow@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Jesus Lopez-Armendarez  (via Mail)
    c/o GEO Aurora Detention Center

                                        s/Natalie Stricklin
                                        NATALIE STRICKLIN
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Natalie.stricklin@fd.org
                                        Attorney for Defendant